# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEVEN J. KOPACZ & MARIANA I. KOPACZ  
134 BIRCH DRIVE SW  
POPLAR GROVE, IL  61065

SSN-xxx-xx-7506 & xxx-xx-4181

Case Number: 06-70315

Case filed on: 3/8/2006  
Plan Confirmed on: 9/22/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,945.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY EDWARD J VARGA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | STEVEN J. KOPACZ | 0.00 | 0.00 | 525.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 525.00 | 0.00 |
| 001 | CANDLEWICK LAKE ASSOCIATION | 3,800.00 | 3,800.00 | 1,463.40 | 0.00 |
| 002 | HOMEQ SERVICING CORPORATION | 32,748.92 | 10,639.00 | 3,636.70 | 0.00 |
|  | Total Secured | 36,548.92 | 14,439.00 | 5,100.10 | 0.00 |
| 003 | CENTEGRA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | COM CAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 4,994.54 | 899.02 | 0.00 | 0.00 |
| 006 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FAIRLANE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAVALRY PORTFOLIO SERVICES LLC | 4,616.61 | 830.99 | 0.00 | 0.00 |
| 009 | MEDIACOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MID AMERICA MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PROGRESSIVE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | TCF NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | TRI CITY ER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PORTFOLIO RECOVERY ASSOCIATES | 922.60 | 166.07 | 0.00 | 0.00 |
| 017 | WAL-MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WOODMANS MARKET - ROCKFORD 30 | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CAPITAL ONE | 1,521.06 | 273.79 | 0.00 | 0.00 |
| 020 | AFNI/VERIZON | 611.31 | 110.04 | 0.00 | 0.00 |
| 021 | ATTORNEY HENRY REPAY | 420.00 | 75.60 | 0.00 | 0.00 |
| 022 | AMERICAN GENERAL FINANCIAL SERVICES | 1,855.18 | 333.93 | 0.00 | 0.00 |
|  | Total Unsecured | 14,941.30 | 2,689.44 | 0.00 | 0.00 |
|  | Grand Total: | 51,490.22 | 17,128.44 | 5,625.10 | 0.00 |

Total Paid Claimant:   $5,625.10  
Trustee Allowance:    $319.90  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan